UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONNIE HONGO (#98420)**

**VERSUS**

**JERRY GOODWIN, ET AL.**

CIVIL ACTION

NO. 19-793-JWD-SDJ

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 3, 2020 (Doc. 13), to which an objection was filed (Doc. 14);

**IT IS ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc.11) is DENIED, Plaintiff's claims are DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A,[i] and this case is CLOSED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 26, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[ii] The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this report and recommendation be adopted, this will count as a strike.